THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Shawn Daniel ORourke,       
Appellant.
 
 
 

Appeal From Hampton County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2003-UP-364
Submitted March 26, 2003 - Filed 
 May 21, 2002

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh and Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, 
 for Respondent.
 
 
 

PER CURIAM:  Shawn Daniel ORourke was convicted 
 of murder and burglary in the first degree.  He was sentenced to seventy years 
 for murder and seventy years, concurrent, for burglary in the first degree.  
 ORourkes appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  ORourke did not file a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.